John Barna, appellee, v. J. C. Smith, appellant.  Gen. No. 31,852.

Action for personal injuries from being struck by automobile.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1927.  Affirmed.  Opinion filed October 10, 1927.

Joseph O. McKiernan, for appellant.  John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Charles C. Dose, appellee, v. Thomas G. Gravenities, appellant.  Gen. No. 31,876.

Action for balance due for installing oil burner.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding.  Heard in the first division of this court for the first ditsrict at the March term, 1927.  Affirmed.  Opinion filed October 10, 1927.

McInerney & Power, for appellant.  Thomas Mathiesen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Fulton Market Cold Storage Company, appellee, v. Hosea P. Myers, appellant.  Gen. No. 31,894.

Suit on promissory note.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley and Philip J. Finnegan, Judges, presiding.  Heard in the first division of this court for the first district at the March term, 1927.  Affirmed with damages.  Opinion filed October 10, 1927.

Jacob Katz and C. W. Shaeffer, for appellant.  Little, Gordon, Adams & King, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Regina Mikulecky, administratrix of the estate of Joseph F. Cihak, deceased, appellee, v. Illinois Northern Railway, appellant.  Gen. No. 31,916.

Action under Federal Employers' Liability Act for negligently causing death of plaintiff's intestate.  Judgment for plaintiff.  Appeal from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1927.  Affirmed.  Opinion filed October 10, 1927.  Rehearing denied October 24, 1927.

David A. Orebaugh and George M. Kellogg, Jr., for appellant; William S. Elliott and Franklin Hess, of counsel.  Charles J. Michal and Charles C. Spencer, for appellee; Charles C. Spencer, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.